Cesira Calzavara et al., Appellants, v. Henry A. Scandrett et al., Trustees, Appellees.

Gen. No. 41,367.

opinion filed December 23, 1940.

Irving M. Greenfield and Julius S. Neale, for appellants; M. L. Bluhm and Edwin R. Eckersall, for appellees; C. S. Jefferson, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''

La Salle Mortgage and Discount Company, Appellee, v. Albert J. Horan et al. The Turner Type Founders Company, Appellant.

Gen. No. 40,829.

opinion filed December 23,

1940.   Louis I. Lewis, for appellant; Leo Spira, of counsel; Welch
& Hoffman, for appellee; William L. Bourland, of counsel.   Opinion
by JUSTICE MATCHETT.  "Not to be published in full."

La Salle Mortgage and Discount Company, Appellee,
v. Albert J. Horan et al. The Turner Type
Founders Company, Appellant.

Gen. No. 40,830.

opinion filed December 23, 1940; rehearing
denied January 6, 1941.   Louis I. Lewis, for appellant; Leo Spira,
of counsel; Welch & Hoffman, for appellee; William L. Bourland,
of counsel.   Opinion by JUSTICE MATCHETT.  "Not to be published in
full."

City National Bank and Trust Company of Evanston,
Appellee, v. Harry P. Pearsons et al. Harry P.
Pearsons and Katharine P. Hadden, Appellants.

Gen. No. 41,169.